IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM FLYNN,

    Plaintiff,

vs.

PEOPLE'S CHOICE
HOME LOANS, et al.,

    Defendants.

No. 05-1035-T/An

## ORDER TO EFFECT SERVICE OF PROCESS

Plaintiff, William Flynn, has filed a pro se complaint and paid the filing fee. The Clerk shall record the defendants as People's Choice Home Loans, Inc., Fairbanks Capital Corporation, Wells Fargo Bank Minnesota, Priority Trustee Services of TN, L.L.C., Joel A. Freedman, Nikole Shelton, Madeline Ramos, Dionne Simmons, Michael L. Ridele, and Alan Rheney.

The Clerk shall provide plaintiff with ten (10) blank, unsigned summons. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summonses and, within thirty (30) days of the entry of this order, presenting them to the Clerk for signature and seal. If the summons are in proper form, the Clerk shall sign, seal, and issue them to the plaintiff for service on the defendants. The plaintiff is responsible for ensuring that service is effected under Rule 4 of the Federal Rules of Civil Procedure.[1] The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

---

[1] Plaintiff must comply completely with Rule 4, which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on __12-02-05__

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendants, or on the defendant if he or she has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

IT IS SO ORDERED this 30th day of November, 2005.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01035 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

William Flynn
12215 Cedar Bend Dr.
Dallas, TX 75244

Honorable James Todd
US DISTRICT COURT